# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: ASSIGNMENT OF COMMON   **:**   No. 521 Judicial Administration Docket
PLEAS JUDGE   **:**
  **:**
  **:**

## ORDER

**PER CURIAM**

    **AND NOW,** this 7th day of October, 2019, upon the recusal of the Honorable John H. Foradora, who had been appointed to preside in the matter of *Commonwealth v. Gerald A. Sandusky*, case numbers CP-14-CR-2421-2011 and CP-14-CR-2422-2011 in Centre County, Pennsylvania, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, it is hereby ORDERED that the Honorable Maureen A. Skerda of the Court of Common Pleas of the Thirty-Seventh Judicial District, Warren and Forest Counties, Pennsylvania, is assigned to preside in said matters in Centre County, Pennsylvania, and is vested with the same power and authority as the judges of that judicial district for the duration of this matter or until further order of this Court.